AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Lucy Caroline Shepherd<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-mj-00327<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 31  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Dana Marie Gutierrez (By Telephone)
*Complainant's signature*

FPS Special Agent Dana Marie Gutierrez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  3:20  a.m./p.m.

Date:  11/01/2025

/s/ Jeff Armistead
*Judge's signature*

City and state:  Portland, Oregon      Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*