SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**WILLIAM M. NARUS, CAB #243633**
First Assistant United States Attorney
William.Narus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-mj-00327** |
| v. | **GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **LUCY CAROLINE SHEPHERD,** | |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

The United States of America hereby moves the court, pursuant to Rule 48(a), Fed. R.

Crim. P., for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss without prejudice, the

complaint in the above captioned matter filed on November 1, 2025, in the best interests of

justice.

Dated: December 2, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ William M. Narus*
WILLIAM M. NARUS, CAB #243633
First Assistant United States Attorney

**Motion to Dismiss Complaint Without Prejudice**                                        **Page 1**