UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-mj-00327 |
| v. | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |
| LUCY CAROLINE SHEPHERD, | |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

This matter, having come before the Court on the government's motion to dismiss the complaint without prejudice pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the complaint against defendant, Lucy Caroline Shepherd, in the above-captioned case, filed on November 1, 2025, be DISMISSED without prejudice.

Dated: December 2, 2025

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ William M. Narus*
WILLIAM M. NARUS, CAB #243633
First Assistant United States Attorney